

**The following constitutes the order of the court.
Signed September 29, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Yolanda Winzer,

         Debtor.

No. 16-42541

Chapter 13

**MEMORANDUM RE MISSING DOCUMENTS**

On September 9, 2016, Debtor filed a voluntary Chapter 7 petition with the Court. On September 12, 2016, the Court issued an *Order to File Required Documents and Notice Regarding Dismissal Non-Compliance* (doc. 4).

To this date, Debtor has filed many of the required documents. However, Debtor has failed to file the following documents:

1) *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, and Calculation of Your Disposable Income (Official Forms 122 C-1 and 122 C-2)*

The Court hereby gives notice that if Debtor fails to file the above documents by **Thursday, October 13, 2016**, the case may be dismissed without further notice or hearing.

\*END OF MEMORANDUM\*

1

## COURT SERVICE LIST

**Yolanda Winzer**
35409 Tampico Rd
Fremont, CA 94536